NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of LOUIS MILLER, Trading as LOUIS MILLER & Co., and BRIDGEVILLE SHIRT CO., Appellant, *v.* MANUFACTURERS DISCOUNT CORPORATION, Respondent.

Argued June 2, 1948; decided June 11, 1948.

*Julius J. Abeson, J. Jacob Hahn* and *Reuben Golin* for appellant.

*Milton P. Kupfer, Eli S. Silberfeld* and *Peter D. Andreoli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.